# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Sina Chenari

v.

George Washington University

(Type caption of lead case only)

Appeal No. 16-7055

Consolidated Case Nos.

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgment. The Court looks with disfavor upon motions to the file bills of costs out of time.

---

## BILL OF COSTS

Comes now  Appellee George Washington Univ.  (appellant, petitioner, appellee, or respondent), (the) (a) prevailing party in Appeal Nos. 16-7055 , by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) (jointly and severally) against the following (party) (parties)

**NAME OF PARTY OR PARTIES**                **APPEAL NO.**

(1) Sina Chenari                            16-7055

(2)

(3)

(4)

(5)

USCA Form 48
October 2013 (REVISED)

(Use per page, per cover or per volume charges where applicable.)

**MAIN BRIEF**

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| TEXT: | | | | | | | | |
| 13 | X | 107 | = | 1391 | X | 0.10 | = | $139.10 |
| COLOR: | | | | | | | | |
| 13 | X | 2 | = | 26 | X | 0.51 | = | $13.26 |
| FRONT COVERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| BACK COVERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FASTENERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | 2.52 | = | $32.76 |

AMOUNT $ 185.12

**REPLY BRIEF (if applicable)**

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| TEXT: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| COLOR: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FRONT COVERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| BACK COVERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FASTENERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |

AMOUNT $

**APPENDIX**

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| TEXT: | | | | | | | | |
| 13 | X | 10 | = | 130 | X | 0.10 | = | $13.00 |
| COLOR: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FRONT COVERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| BACK COVERS: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FASTENERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | 2.52 | = | $32.76 |

AMOUNT $ 45.76

AMOUNT OF SUBTOTALS $ 230.88

DOCKETING FEE (If applicable) $

TOTAL COSTS TO BE TAXED $ 230.88

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

Nicholas S. McConnell                    *[signature]*

Typed Name of Counsel                    Signature of Counsel

1120 20th Street, N.W., South Tower, 3rd Floor, Washington, D.C. 20036

Counsel's Address

( 202 ) 457-1600

Counsel's Telephone Number

## VERIFICATION*

State of District of Columbia    )
                                 )   SS:
County of                        )

COMES NOW Nicholas S. McConnell, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this 23rd day of February, 2017.

*[signature]*

Notary Public

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

USCA Form 48
October 2013 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2017, I served Jason J. Bach, Esquire, and Tracy D. Rezvani, Esquire, counsel for Appellants, with a copy of this pleading by via ECF.

*/s/ Nicholas S. McConnell*
Nicholas S. McConnell



202.457.1600
Fax 202.457.1678
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036–3437
www.jackscamp.com

February 23, 2017        Tax ID# 52-1173577

George Washington University
Office of the Vice President and General Counsel
Beth Nolan, Senior Vice President and General Counsel
2100 Pennsylvania Avenue, N.W., Suite 250
Washington, D.C.  20052

RE: GW/Sina Chenari
    Our File No. 071722.00010

FOR PROFESSIONAL SERVICES RENDERED:
    through January 31, 2017

        COSTS:

        Photocopy Charges  - Brief of Appelle 216 pages    43.20
        @.20/page
        Photocopy Charges - Appendix to Appellee's         396.20
        Brief; Brief A Appellee 1981 pages @ .20/page

            TOTAL COSTS:                                   $439.40
                                                           --------------
        TOTAL THIS INVOICE--------------------------       $439.40