# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 16-7055                                      September Term, 2016

1:14-cv-00929-ABJ

Filed On: March 21, 2017 [1666928]

Sina Chenari,

       Appellant

   v.

George Washington University,

       Appellee

## O R D E R

Upon consideration of appellee's bill of costs, it is

**ORDERED** that appellee's request for costs be granted. Costs are awarded to appellee, in the amount of $230.88 and taxed against appellant.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                      BY:    /s/
                                                        Ken R. Meadows
                                                        Deputy Clerk