| | |
|---|---|
| **No. 16-7055** | **September Term, 2016** |
| | 1:14-cv-00929-ABJ |
| | **Filed On: March 21, 2017** [1666929] |

Sina Chenari,

      Appellant

  v.

George Washington University,

      Appellee

## M A N D A T E

    In accordance with the judgment of February 10, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY:    /s/
                            Ken R. Meadows
                            Deputy Clerk

Link to the judgment filed February 10, 2017