

# Disability Support Services

REGISTER WITH DSS

About Us | Registration | Accommodations | Strategic Skills Services | Teaching Support | Speakers Bureau | Contact Us



# Disability Support Services

Disability Support Services (DSS) at GW recognizes disability in the context of diversity. We work collaboratively with students, faculty and staff across the campus to foster a climate of universal academic excellence, while also promoting disability culture and GW's broader diversity and inclusion initiatives.



Meet the DSS team



Register with DSS

Disability Support Services | The George Washington University



**Accessibility** at GW



Campus **Maps**



Request a Letter to Professors Packet



Request Test Proctoring Services



Access Notes



Request Interpreting or Captioning Services

Cited in Chenari v. George Washington University, 16-7055. Archived on April 25, 2017.

# Upcoming Deadlines

| | | |
|---|---|---|
| May **15** Monday | Housing Accommodation and Assistance Animal Requests, Newly Matriculating Students, Fall 2017 | 11:59pm |
| June **30** Friday | Applications for All DSS Scholarships | 11:59pm |
| August **08** Tuesday | Alternative Text Requests, Fall 2017 | 11:59pm |
| August **08** Tuesday | Interpreting and Captioning Services for Fall 2017 GW Classes | 11:59pm |

# Past Deadlines

| | | |
|---|---|---|
| April **20** Thursday | Eligibility for DSS Accommodations, Spring 2017 Semester | 11:59pm |
| April **15** Saturday | End of Spring Semester Exams and Spring Final Exam Requests, 2017 | 11:59pm |
| February **10** Friday | Housing Accommodation and Assistance Animal Requests, Returning Students, Fall 2017 | 11:59pm |
| February **05** Sunday | Note-Taking Assistance Requests, Spring 2017 | 4:59pm |

Disability Support Services

Contact Us

Register with DSS

Rome Hall
801 22nd Street, NW
Suite 102
Washington, DC 20052
Phone: 202-994-8250 | Fax: 202-994-7610
dss@gwu.edu






THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON, DC

Campus Advisories
Non-Discrimination Policy
Privacy Policy

Contact GW
Terms of Use
Copyright
A-Z Index

Cited in Chenari v. George Washington University, 16-7055. Archived on April 25, 2017.